HARRY ROTHBERG, APPELLANT, v. THE MAYOR AND ALDERMEN OF JERSEY CITY, RESPONDENT.

Argued November 22, 1918—Decided March 3, 1919.

On appeal from the Supreme Court.

For the appellant, *Gilbert Collins.*

For the respondent, *John Milton.*

PER CURIAM.

This appeal involves the same fundamental question decided at the present term in case No. 61 (*Mayor and Aldermen of Jersey City* v. *John R. Hennessey, ante p.* 606), and for the reasons stated in the opinion filed in that case the judgment herein on review is reversed, with costs.

*For affirmance*—None.

*For reversal* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   12.